# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  ROBERT L. SCHULTZ           §        Case No. 13-84088
        SARAH L. SCHULTZ            §
                                    §
                                    §
        Debtors                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 12/09/2013.

2) The plan was confirmed on 05/02/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/02/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/08/2014.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,661.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 3,378.48 | |
| Less amount refunded to debtor | $ 25.00 | |
| **NET RECEIPTS** | | $ 3,353.48 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,950.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 201.21 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,151.21 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 1,950.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Sec | 13,000.00 | 11,794.15 | 11,794.15 | 846.23 | 356.04 |
| WELLS FARGO BANK NA | Sec | 18,706.00 | 19,822.15 | 19,822.15 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 168.00 | 171.27 | 171.27 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 46.80 | 46.80 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 809.00 | 825.07 | 825.07 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 218.01 | 218.01 | 0.00 | 0.00 |
| JOSEPH DEMBINSKI | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPARD | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Uns | 20,140.00 | 22,864.51 | 22,864.51 | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 760.00 | 572.55 | 572.55 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 1,112.00 | 1,112.62 | 1,112.62 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,544.00 | 446.57 | 446.57 | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 450.00 | 463.13 | 463.13 | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE | Uns | 598.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR DIAGNOSTIC | Uns | 15.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | Uns | 17,131.00 | 6,742.85 | 6,742.85 | 0.00 | 0.00 |
| COMCAST | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS - | Uns | 266.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 1,075.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 3,596.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 5,393.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 2,055.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 673.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 3,283.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 2,624.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 1,766.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 8,766.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 647.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 1,585.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS - MC E2148 | Uns | 14,330.00 | 15,291.07 | 15,291.07 | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 8,766.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 12,852.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / SALLIE MAE | Uns | 10,242.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS - MC E2148 | Uns | 22,434.00 | 23,553.81 | 23,553.81 | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| GROOT INDUSTRIES | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Uns | 463.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 1,269.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Uns | 129.00 | 9,538.80 | 9,538.80 | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 285.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 1,279.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 497.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 284.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 925.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ILLINOIS STATE TOLL HWY AUTH | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 995.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 711.00 | NA | NA | 0.00 | 0.00 |
| INMOTION PHYSICAL THERAPY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| KARLEN COVEY | Uns | 6,867.00 | NA | NA | 0.00 | 0.00 |
| LEHMAN & MENIS ORAL SURGERY | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| CLERK OF THE CIRCUIT COURT | Uns | 373.00 | 265.00 | 265.00 | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 171.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 81.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 5,148.00 | 4,955.12 | 4,955.12 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,383.00 | 3,557.86 | 3,557.86 | 0.00 | 0.00 |
| SALLIE MAE | Uns | 4,447.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 10,747.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 901.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,124.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,801.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 6,051.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,801.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 5,734.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN PHYSICIAN GROUP | Uns | 346.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 1,265.00 | 348.61 | 348.61 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 3,674.50 | 3,674.50 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 78,908.42 | 78,908.42 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 19,822.15 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 11,794.15 | $ 846.23 | $ 356.04 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 31,616.30 | $ 846.23 | $ 356.04 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 996.34 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 996.34 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 172,560.23 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,151.21 |
| Disbursements to Creditors | $ 1,202.27 |
| **TOTAL DISBURSEMENTS:** | $ 3,353.48 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  10/30/2014            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)